# UNITED STATES DISTRICT COURT



**FILED**

MAY 2 3 2007

CLERK, US DISTRICT COURT
NORFOLK, VA

_____EASTERN DISTRICT OF VIRGINIA_____
Norfolk Division

THALES MORGAN,

       Plaintiff,

       **JUDGMENT IN A CIVIL CASE**

v.

       CASE NUMBER:   2:07cv224

VA. DEPT. OF CORRECTION,

       Defendant.

[  ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been
tried and the jury has rendered its verdict.

[ X ]   **Decision by Court.** This action came for determination before the Court. The issues
have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice to
plaintiff's right to pursue this action through a writ of habeas corpus.

Date: <u>May 21, 2007</u>                FERNANDO GALINDO,
CLERK OF COURT

By:_____
            Deputy Clerk

Dockets.Justia.com