# UNITED STATES DISTRICT COURT

FILED

MAY 2 3 2007

CLERK, US DISTRICT COURT
NORFOLK, VA

EASTERN DISTRICT OF VIRGINIA
Norfolk Division

THALES MORGAN,

      Plaintiff,

v.

VA. DEPT. OF CORRECTION,

      Defendant.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER:  2:07cv224

[   ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ]  **Decision by Court.** This action came for determination before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice to plaintiff's right to pursue this action through a writ of habeas corpus.

Date: <u>May 21, 2007</u>

          FERNANDO GALINDO,
          CLERK OF COURT

          By:_____
                Deputy Clerk